EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Carlos A. Vilches López | 2008 TSPR 61 <br> 173 DPR _____ |

Número del Caso: TS-5979

Fecha: 15 de abril de 2008

Abogado de la Parte Peticionaria:

Lcdo. Carlos Alberto Ruiz

Materia: Reinstalación al ejercicio de la abogacía y la notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Carlos A. Vilches López

TS-5979

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de abril de 2008.

Examinada la solicitud de reinstalación presentada por el abogado Carlos A. Vilches López, se autoriza su reinstalación al ejercicio de la abogacía y la notaría efectivo inmediatamente. Se ordena a la Comisión de Ética Profesional del Colegio de Abogados que continúe con los trámites disciplinarios.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez disiente del curso de acción tomado por la mayoría en este caso.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo